UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :    INDICTMENT

        -v.-            :

CARLOS AVILA,                   :    07 Cr.
   a/k/a "Santiago Londono,"
   a/k/a "Santiago Londono Velez", :
   a/k/a "Carlos Oliva",
                      :
            Defendant.    :    07 CRIM 1142
- - - - - - - - - - - - - - - - - -x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 2 2007

## COUNT ONE

The Grand Jury charges:

In or about May 2006, in the Southern District of New York and elsewhere, CARLOS AVILA, a/k/a "Santiago Londono", a/k/a "Santiago Londono Velez", a/k/a "Carlos Oliva", the defendant, being an alien, unlawfully, willfully, and knowingly was found in, the United States, after having been removed from the United States, subsequent to a conviction for commission of an aggravated felony, to wit, a conviction for conspiracy to possess with intent to distribute cocaine, in violation of Title 21, United States Code, Section 846, in United States District Court, Middle District of Florida, on or about October 3, 1995, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

    (Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____        _____
FOREPERSON                              MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v. -

CARLOS AVILA,
  a/k/a "Santiago Londono,"
  a/k/a "Santiago Londono
    Velez",
  a/k/a "Carlos Oliva",

Defendant.

**INDICTMENT**

07 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____   12-12-07
                            Foreperson.

*[handwritten: 12/12/07 filed indictment. Case assigned to Judge Stein. / Mag Judge Katz]*