ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

        -v.-                        :

CARLOS AVILA,                       :    07 Cr. 1142 (SHS)
   a/k/a "Santiago Londono,"
   a/k/a "Santiago Londono Velez",  :
   a/k/a "Carlos Oliva",
                                :
             Defendant.
                                :
- - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss:

      LEE RENZIN, pursuant to Title 28, United States Code, Section 1746, hereby affirms under penalty of perjury that: I am an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; I am in charge of the above-entitled matter; and one CARLOS AVILA, a/k/a "Londono Santiago", a/k/a "Santiago Londono", a/k/a "Santiago Londono Velez", a/k/a "Carlos Oliva" (NYSID # 0591420Y, DIN # 06 R 4042, Alien # A76 544 006), the defendant, now incarcerated at the Livingston Correctional Facility, Route 36, Sonyea Road, Sonyea, New York 14556-0049 (585) 658-3710, has been charged in Indictment 07 Cr. 1142 (SHS) with violating Title 8, United States Code, Sections 1326(a) and (b)(2).

      By this application, the Government seeks a writ of <u>habeas corpus ad prosequendum</u>, so that CARLOS AVILA, a/k/a "Londono Santiago", a/k/a "Santiago Londono", a/k/a "Santiago Londono Velez", a/k/a "Carlos Oliva", the defendant, can be brought before this Court to be available for prosecution in the

Indictment captioned <u>United States v. Carlos Avila</u>, 07 Cr. 1142 (SHS). No previous application for similar relief has been made.

WHEREFORE, your deponent respectfully requests that a writ of <u>habeas corpus ad prosequendum</u> issue, directing the Warden of the Livingston Correctional Facility, the United States Marshal for the Southern District of New York, or any other authorized law enforcement officer, to produce the above-named defendant as soon as the defendant is available to the custody of the Warden of the Metropolitan Correctional Center or the person in charge there, to be available for prosecution, and to appear as necessary thereafter in that case until CARLOS AVILA, a/k/a "Londono Santiago", a/k/a "Santiago Londono", a/k/a "Santiago Londono Velez", a/k/a "Carlos Oliva", shall have been discharged or convicted and sentenced.

 _____
 LEE RENZIN
 Assistant United States Attorney
 (212) 637-2723

Dated:   December 13, 2007
         New York, New York

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**CARLOS AVILA,**
  a/k/a "Santiago Londono,"
  a/k/a "Santiago Londono Velez",
  a/k/a "Carlos Oliva",

**Defendant.**

**AFFIRMATION**

07 Cr. 1142 (SHS)

(Title 8, United States Code, Sections 1326 (a) and (b)(2))

Michael J. Garcia
United States Attorney.