USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :

     v.                           :    ORDER

CARLOS AVILA,                  :    07 Cr. 1142 (SHS)

     Defendant.               :

- - - - - - - - - - - - - - - - - x

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Debra Freeman on January 29, 2008;

    WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of Indictment 07 Cr. 1142 (SHS) knowingly and voluntarily, and that there is a factual basis for the guilty plea,

    IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated: February 4, 2008

                                              The Honorable Sidney H. Stein
                                              United States District Judge